**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 544**

In the Matter of                                    Case Number:
MICHAEL JURIK, et. al
                    Plaintiffs,
v.
MARSH AND MCLENNAN COMPANIES, INC.,
                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

**JUDGE KENNELLY**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
| --- |
| Aaron B. Maduff |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Aaron B. Maduff |

| FIRM |
| --- |
| Maduff & Maduff, LLC |

| STREET ADDRESS |
| --- |
| One East Wacker Drive, Suite 2122 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6226932 | (312) 276-9000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |