# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michael Jurik, et al.
                                        Plaintiff,

v.                                                     Case No.: 1:08−cv−00544
                                                            Honorable Matthew F. Kennelly

Marsh and McLennan Companies, Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 4/1/2008 with only plaintiffs' attorney appearing. Defendant was only recently served with process. Status hearing continued to 5/1/2008 at 09:00 AM. Plaintiffs' attorney is directed to notify defendant of the new date. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.