## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michael Jurik, et al.

Plaintiff,

v.

Marsh and McLennan Companies, Inc.

Defendant.

Case No.: 1:08–cv–00544
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

 MINUTE entry before Judge Honorable Matthew F. Kennelly: Status hearing held and continued to 5/22/2008 at 9:00a.m. Rule 16(b) conference held with attorneys for both sides. The parties are directed to comply with the court's initial standing order.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.