# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michael Jurik, et al.

                                   Plaintiff,

v.                                                      Case No.: 1:08–cv–00544
                                                        Honorable Matthew F. Kennelly

Marsh and McLennan Companies, Inc.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing of 5/22/2008 is vacated and reset for 5/29/2008 at 09:00 AM., by request of the parties. The parties are directed to comply with the court's initial standing order. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.