U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 544

MICHAEL JURIK and DALE TOMPKINS, for themselves
and on behalf of similarly situated others, Plaintiffs,
v.
MARSH AND MCLENNAN COMPANIES, INC., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Marsh & McLennan Companies, Inc.

| NAME (Type or print) |
| --- |
| Ericka K. Foster |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ericka K. Foster |
| FIRM |
| Paul, Hastings, Janofsky & Walker LLP |
| STREET ADDRESS |
| 191 North Wacker Drive, 30th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283941 | (312) 499-6000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing Appearance of Ericka K. Foster on behalf of Defendant, Marsh & McLennan Companies, Inc. with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for plaintiffs, as follows:

    Aaron B. Maduff (abmaduff@madufflaw.com)
    Jason M. Johnson (jmjohnson@madufflaw.com)

    s/ Ericka K. Foster
    Ericka K. Foster
    Paul, Hastings, Janofsky & Walker LLP
    191 North Wacker Drive, 30th Floor
    Chicago, Illinois 60606
    Telephone: (312) 499-6000
    Facsimile: (312) 499-6100
    E-Mail: erickafoster@paulhastings.com

    Counsel for Defendant
    Marsh & McLennan Companies, Inc.