IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, for themselves and on behalf of similarly situated others,<br><br>Plaintiffs,<br><br>v.<br><br>MARSH AND MCLENNAN COMPANIES, INC.,<br><br>Defendants. | Case No.  08 C 544<br><br><br>Judge Kennelly<br>Magistrate Judge Schenkier |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Marsh and McLennan Companies, Inc., by their attorneys, Paul, Hastings, Janofsky & Walker LLP, hereby identifies the following corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

Defendant Marsh & McLennan Companies, Inc. is a publicly held corporation.

    Respectfully submitted,

    /s/ Ericka K. Foster
    Steven T. Catlett
    Ericka K. Foster
    Paul, Hastings, Janofsky & Walker LLP
    191 North Wacker Drive, 30th Floor
    Chicago, Illinois  60606
    Tel.:  312-499-6000
    Fax:  312-499-6100
    E-Mail:  stevencatlett@paulhastings.com
    E-Mail:  erickafoster@paulhastings.com


    Counsel for Defendant
    Marsh & McLennan Companies, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically filed the foregoing **Defendant's Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for plaintiffs, as follows:

    Aaron B. Maduff (abmaduff@madufflaw.com)
    Jason M. Johnson (jmjohnson@madufflaw.com)

    s/ Ericka K. Foster
    Ericka K. Foster
    Paul, Hastings, Janofsky & Walker LLP
    191 North Wacker Drive, 30th Floor
    Chicago, Illinois  60606
    Tel.:  312-499-6000
    Fax:  312-499-6100
    E-Mail:  erickafoster@paulhastings.com

    Counsel for Defendant
    Marsh & McLennan Companies, Inc.