UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, for themselves and on behalf of similarly situated others, | Case No. 08 C 544 |
| Plaintiffs, | Judge Kennelly |
| v. | Magistrate Judge Schenkier |
| MARSH AND MCLENNAN COMPANIES, INC., | |
| Defendant. | |

## NOTICE OF FILING OF CONSENT FORM

Attached for filing in the above-styled matter is the FLSA Consent Form of Plaintiff Ramona Wrona.

Date: May 29, 2008

Respectfully Submitted,

s/Jason M. Johnson
Jason M. Johnson
Atty. No. 6286500
Maduff & Maduff, LLC
1 East Wacker Drive
Suite 2122
Chicago, Illinois 60601

Attorney for Plaintiffs