# FLSA CONSENT FORM

I, _____, am a current or former employee of Marsh & McLennan (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant in excess of 40 hours per week. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff and Michael L. Maduff of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          5-28-2008
Client's Signature                    Date

Please return this consent form to Aaron B. Maduff, Attorney at Law, Maduff & Maduff, LLC, One East Wacker Drive, Suite 2122, Chicago, Illinois 60601. If you have any question about the Consent form, please call Aaron B. Maduff or Jason M. Johnson at (312) 276-9000.