# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, for themselves and on behalf of similarly situated others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARSH USA, INC.,<br><br>　　　　　Defendants. | Case No.  08 C 544<br><br><br><br>Judge Kennelly<br>Magistrate Judge Schenkier |

## DEFENDANT MARSH USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Marsh USA, Inc., by their attorneys, Paul, Hastings, Janofsky & Walker LLP, hereby identifies the following corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

Defendant Marsh USA, Inc. is a wholly owned subsidiary of Marsh, Inc.  Marsh, Inc. is a wholly owned subsidiary of Marsh & McLennan Companies, Inc., a publicly held corporation.

| | |
|---|---|
| June 12, 2008 | Respectfully submitted,<br><br>/s/ Ericka K. Foster<br>Steven T. Catlett<br>Ericka K. Foster<br>Paul, Hastings, Janofsky & Walker LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, Illinois  60606<br>Tel.:  312-499-6000<br>Fax:  312-499-6100<br>E-Mail:  stevencatlett@paulhastings.com<br>E-Mail:  erickafoster@paulhastings.com<br><br><br>Counsel for Defendant<br>Marsh USA, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, I electronically filed the foregoing **Defendant Marsh USA, Inc.'s Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for plaintiffs, as follows:

    Aaron B. Maduff (abmaduff@madufflaw.com)
    Jason M. Johnson (jmjohnson@madufflaw.com)

                                                               s/ Ericka K. Foster
                                                              Ericka K. Foster
                                                              Paul, Hastings, Janofsky & Walker LLP
                                                              191 North Wacker Drive, 30th Floor
                                                              Chicago, Illinois  60606
                                                              Tel.:  312-499-6000
                                                              Fax:  312-499-6100
                                                              E-Mail:  erickafoster@paulhastings.com

                                                              Counsel for Defendant
                                                              Marsh USA, Inc.