UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, for themselves and on behalf of similarly situated others,<br><br>    Plaintiffs,<br><br>v.<br><br>MARSH AND MCLENNAN COMPANIES, INC.,<br><br>    Defendant. | Case No. 08 C 544<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

**NOTICE OF FILING OF CONSENT FORM**

Attached for filing in the above-styled matter is the FLSA Consent Form of Plaintiff Dwain Charles Benjamin Brooks.

Date: June 18, 2008

　　　Respectfully Submitted,


s/Jason M.Johnson
Jason M. Johnson
Atty. No. 6286500
Maduff & Maduff, LLC
1 East Wacker Drive
Suite 2122
Chicago, Illinois 60601

Attorney for Plaintiffs