## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Michael Jurik, et al.

                    Plaintiff,

v.                                    Case No.: 1:08–cv–00544
                                                Honorable Matthew F. Kennelly

Marsh USA, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing, pursuant to Rule 16(b) held on 7/10/2008 with attorneys for both sides. The parties are exploring the possibility of settlement. Status hearing continued to 8/13/2008 at 09:00 AM. The Court will set a discovery schedule at that time. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.