UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, et al,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>MARSH USA, INC.,<br>　　　　　　　　　　Defendant. | Case No. 08 C 544<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Judge Schenkier |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Jason M. Johnson, one of the attorneys of record for the Plaintiffs, and respectfully moves this Honorable Court for leave to withdraw his appearance as counsel for Plaintiffs, and in support thereof states as follows:

1.　　Movant is an Associate at Maduff and Maduff ("Maduff") and is one of the attorneys of record for this case.

2.　　As of July 18, 2008, Movant is no longer employed by Maduff. Movant is opening his own practice, the Law Office of Jason M. Johnson, and will no longer be representing clients of Maduff.

3.　　Plaintiffs will continue to be represented by Maduff, and other Maduff attorneys will immediately be assigned to take Movant's place.

4.　　Withdrawal of Jason M. Johnson as an attorney of record will not prejudice either the Plaintiffs or Defendant in this matter.

WHEREFORE, Movant, Jason M. Johnson, respectfully requests that this Honorable Court grant his Motion to Withdraw as counsel for Plaintiffs.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Jason M. Johnson
　　　　　　　　　　　　　　　　　　　　By:　　s/Jason M. Johnson

Jason M. Johnson
Atty. No. 06286500
Law Office of Jason M. Johnson
PMB 1350
500 Lake Cook Rd
Deerfield, IL 60015
(847)714-3555

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, et al, <br><br>                              Plaintiffs, <br><br>          v. <br><br> MARSH USA, INC., <br><br>                              Defendant. | Case No. 08 C 544 <br><br> Honorable Matthew F. Kennelly <br><br> Magistrate Judge Schenkier |

**CERTIFICATE OF SERVICE**

To:
Steven T. Catlett
Ericka K. Foster
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, Illinois 60606

    I, Jason M. Johnson, hereby certify that I served a copy of the Motion to Withdraw as Counsel to the party listed above, via electronic filing, on Tuesday, July 22, 2008.

                                                                     /s/      Jason M. Johnson

Jason M. Johnson
Atty. No. 06286500
Law Office of Jason M. Johnson
PMB 1350
500 Lake Cook Rd
Deerfield, IL 60015
(847)714-3555