IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, et al, Plaintiffs, v. MARSH USA, INC., Defendant. | Case No. 08 C 544<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Judge Schenkier |

To:
Steven T. Catlett
Ericka K. Foster
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive
30th Floor
Chicago, Illinois 60606

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, July 31, 2008, at 9:30 a.m. I shall appear before the Honorable Judge Matthew F. Kennelly in the Courtroom usually occupied by him and then and there present Motion to Withdraw as Counsel.

s/Jason M. Johnson
Jason M. Johnson

## CERTIFICATE OF SERVICE

I, Jason M. Johnson, hereby certify that I served a copy of the Notice of Motion to the party listed above by electronic filing before 5:00pm on Tuesday, July 22, 2008.

s/Jason M. Johnson

Jason M. Johnson
Atty. No. 06286500
Law Office of Jason M. Johnson
PO Box 1350
500 Lake Cook Rd
Deerfield, IL 60015
(847)714-3555