# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 544 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Michael Jurik & Dale Tompkins vs. Marsh USA, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to withdraw the appearance of Jason M. Johnson as counsel is granted.

| | Courtroom Deputy Initials: | DS |
|---|---|---|