UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, for themselves and on behalf of similarly situated others, <br><br> Plaintiffs, <br><br> v. <br><br> MARSH AND MCLENNAN COMPANIES, INC., <br><br> Defendant. | Case No. 08 C 544 <br><br> Judge Kennelly <br><br> Magistrate Judge Schenkier |

**NOTICE OF FILING OF CONSENT FORMS**

    Attached for filing in the above-styled matter is the FLSA Consent Forms of Plaintiffs Nicole Cato, Alicia Jordan, and Earnestine Poe.

Date: August 18, 2008

    Respectfully Submitted,


s/Aaron B. Maduff
Aaron B. Maduff
Atty. No. 6226932
Maduff & Maduff, LLC
1 East Wacker Drive
Suite 2122
Chicago, Illinois 60601

Attorney for Plaintiffs