# FLSA CONSENT FORM

I, _Deborah Jackson Galloway_ am a current or former employee of Marsh & McLennan (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant in excess of 40 hours per week. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff and Michael L. Maduff of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Deborah Jackson Galloway_   _08/20/08_
Client's Signature             Date

Please return this consent form to Aaron B. Maduff, Attorney at Law, Maduff & Maduff, LLC, One East Wacker Drive, Suite 2122, Chicago, Illinois 60601. If you have any questions about the Consent form, please call Aaron B. Maduff at (312) 276-9000.

# FLSA CONSENT FORM

I, __John A. Kegaly, Jr.__, am a current or former employee of Marsh & McLennan (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant in excess of 40 hours per week. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff and Michael L. Maduff of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____     __8/20/08_____
Client's Signature                   Date

Please return this consent form to Aaron B. Maduff, Attorney at Law, Maduff & Maduff, LLC, One East Wacker Drive, Suite 2122, Chicago, Illinois 60601. If you have any questions about the Consent form, please call Aaron B. Maduff at (312) 276-9000.