UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JURIK and DALE TOMPKINS, for themselves and on behalf of similarly situated others,<br><br>Plaintiffs,<br>v.<br><br>MARSH AND MCLENNAN COMPANIES, INC.,<br><br>Defendant. | Case No. 08 C 544<br><br>Judge Kennelly<br><br>Magistrate Judge Schenkier |

**NOTICE OF FILING OF CONSENT FORMS**

Attached for filing in the above-styled matter is the FLSA Consent Forms of Plaintiffs Patricia Barnes and Mattie Taliaferro.

Date: September 4, 2008

Respectfully Submitted,

s/Aaron B. Maduff
Aaron B. Maduff
Atty. No. 6226932
Maduff & Maduff, LLC
1 East Wacker Drive
Suite 2122
Chicago, Illinois 60601

Attorney for Plaintiffs